
SIGNED under the pains and penalties of perjury this 20th day of July, 2004

_____
Signature

Josh C. Haygood
_____
Print

SIGNED under the pains and penalties of perjury this 20th day of July, 2004.

_Howard Lockwood_
Signature

_Howard lockwood_
Print

364

.on 7.02 of
⁄ers after July

⁄ among employees who
on the same date, shall be

SIGNED under the pains and penalties of perjury this 20th day of July, 2004.

_____
Signature

___LEONARDO MATOS JR___
Print