AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Julio Toledo, Jr, et al

v.

IBPO, Local 364

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30163-MAP

TO: (Name and address of defendant)

International Brotherhood of Police Officers
Local 364
1299 Page Blvd
Spfld, MA 01104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tammy Sharif, Esq
1242 Main St, Ste 314
Springfield, MA 01104

an answer to the complaint which is herewith served upon you, within ___26___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

Mary Finn

(BY) DEPUTY CLERK

September 14, 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and C...



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

September 20, 2004

I hereby certify and return that on 9/16/2004 at 01:00 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to ANNE GOLDSTONE, AGENT, person in charge at the time of service for IBPO, LOCAL 364, , 1299 PAGE Boulevard, SPRINGFIELD, MA 01104. Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $39.76

Deputy Sheriff ALFRED B. BADONE _____
                                                     Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                         Signature of Server

                                         _____
                                         Address of Server

'04 PM 2:15

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.