# In The United States District Court
# For The Western District of Massachusetts

**CIVIL ACTION NO.: 04-CV-30163-MAP**

Julio Toledo, et. al.

**PLAINTIFFS**

v.

IBPO, Local 364,

**DEFENDANT**

## CERTIFICATE OF SERVICE

I, Tammy Sharif, Esquire, do hereby certify that I have served a copy of the foregoing Notice of Hearing this 30th day of September 30, 2004, by first class mail, postage prepaid, upon the parties listed below.

Tammy Sharif, Esquire
BBO # 659134
1242 Main Street, Suite 314
Springfield, MA  01103

Kevin B. Coyle, Esq.
IBPO Local #364
130 Pearl Street
Springfield, MA  01105

Peter Murphy, Esq.
City of Springfield
Legal Department
36 Court Street
Springfield, MA  01103