```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

JULIO TOLEDO, JR., ET AL,    )
          Plaintiff          )
                             )
     v.                      ) CIVIL ACTION NO. 04-30163-MAP
                             )
IBPO, LOCAL 364,             )
          Defendants         )
```

ORDER RE: APPLICATION FOR
TEMPORARY RESTRAINING ORDER
(Docket No. 2)

October 15, 2004

PONSOR, U.S.D.J.

Counsel appeared before this court on October 13, 2004 for argument on plaintiffs' Application for Temporary Restraining Order. The motion is hereby DENIED, on the ground that the plaintiffs have failed to show, so far, a likelihood of success on the merits. This ruling is without prejudice to a further hearing on plaintiff's Motion for Injunctive Relief, currently scheduled for November 15, 2004 at 2:30 p.m. A scheduling order issued today will establish a timeline for briefing this ongoing issue.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge