```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

JULIO TOLEDO, JR., ET AL,    )
          Plaintiff          )
                             )
     v.                      ) CIVIL ACTION NO. 04-30163-MAP
                             )
IBPO, LOCAL 364,             )
          Defendants         )
```

SCHEDULING ORDER RE: PLAINTIFF'S
APPLICATION FOR INJUNCTIVE RELIEF

October 15, 2004

PONSOR, D.J.

Counsel for the plaintiffs and the defendant Local 364 appeared before this court for argument on plaintiffs' Application for a Temporary Restraining Order on October 13, 2004. At that time, the court denied the motion, without prejudice, for failure to show a likelihood of success on the merits. At the same time, the court allowed the plaintiffs' Emergency Motion to Add a Party (Docket No. 7), with the result that the City of Springfield will be a defendant in this case following plaintiffs' filing of an amended complaint.

Based on counsel's representations, the court orders as follows:

> 1. On or before October 22, 2004, plaintiffs will file a Motion to Amend their complaint, and will attach an amended complaint for filing if the Motion to Amend is allowed. This amended complaint should be drafted with a careful analysis of the causes of action the plaintiffs are asserting.
>
> 2. Also on or before October 22, 2004, plaintiffs will file a supplemental memorandum in support of their application for injunctive relief.
>
> 3. On or before November 5, 2004, the defendants Local 364 and the City of Springfield will file their

opposition to plaintiff's Application for Preliminary Relief.

4. Plaintiffs may file any reply to the opposition on or before November 11, 2004.

5. Counsel will appear again before this court for argument on the Application for Preliminary Relief on November 15, 2004 at 2:30 p.m.

It is So Ordered.

                                                /s/ Michael A. Ponsor
                                                MICHAEL A. PONSOR
                                                United States District Judge