AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Julio Toledo
v.
IBPO 364

**APPEARANCE**

Case Number: MAP 04-30163

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for City of Springfield

10/13/04
Date

[Signature]

EDWARD M. PIKULA
Print Name

36 Court St.
Address

Spfld, MA 01105
City / State / Zip Code

413 787-6085
Phone Number