AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

**APPEARANCE**

Case Number: 04 - 30163

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Julio Toledo et al

v.

IBPO, Local 364 and,
City of Spfld.

Date: 10/13/04

Signature

Print Name: Peter M. Murphy

Address: 36 Court St. Rm 210

City: Spfld   State: MA   Zip Code: 01103

Phone Number: (413) 787-1013