## CONCLUSION

Wherefore, Plaintiff respectfully requests this court to grant the relief requested in its Application for Injunctive and Declaratory Relief.

DATE: OCTOBER 22, 2004                    Respectfully submitted,

**ATTORNEY FOR PLAINTIFFS**

Tammy Sharif
BBO#: 6591334
Attorney For Plaintiffs
The Walker Building
1242 Main Street, Suite 314
Springfield, MA  01103
Telephone: (413) 439-0200
Facsimile: (413) 785-0801

21