# United States District Court
## District of Massachusetts


FILED

Kevin Bell, Juan R. Estrada, David Franco, Tommie O. Hart, Josh C. Haygood, Jason E. Larrier, Howard Lockwood, Leonard Matos Jr., Greg McCain, Pedro R. Mendez, Angel Perez, Herminio Rivas Jr., Martin Santa, Julio Toledo, Rafael Vega
PLAINTIFFS

v.

IBPO, Local 364 and City of Springfield
DEFENDANTS

CIVIL ACTION NO.
3:04-cv-30163-MAP

## MOTION FOR EXTENSION OF TIME
(Assented To)

Now comes the City of Springfield and moves this Honorable court to extend time to respond to the supplemental memorandum in support of the motion for preliminary injunction from Friday, October 29, 2004, to Thursday November 4, 2004.

As grounds therefore, the city, through counsel, states that additional time is needed to finalize it's memorandum

## CERTIFICATE OF CONSULTATION

I hereby certify that Attorney Peter Murphy of this office spoke with plaintiff's counsel on Thursday October 28. 2004, Tammy Shariff, and that plaintiff's counsel assented to this motion.

Dated: October 29, 2004

Respectfully submitted.

Peter Murphy, BBO # 629 377
Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:   (413) 787-6085
Telefax:     (413) 787-6173

---

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Motion was this day served upon Plaintiff by mailing copy of same or hand delivery to counsel: **Tammy Sharif** and **Holly Dawn Battige** Law Firm of Tammy Sharif, 1500 Main Street, Suite 270, Tower Square, Springfield, MA 01115 and 1242 Main Street, Ste. 314 Springfield, MA 01103 SIGNED under the pains and penalties of perjury.
Dated: 10/29/2004