UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO TOLEDO

CASE NO.   04-30163 -MAP

V.

IBPO LOCAL 364

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE / FURTHER MOTION HEARING TRO on 1/4/05 at 2:30 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

TONY ANASTAS,
CLERK OF COURT

12/7/04

By: /s/ Elizabeth A. French

Date                                                                      Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                            [kntchrgcnf.]
                                                                          [ntchrgcnf.]