# United States District Court
## District of Massachusetts

CIVIL ACTION NO.: 04-30163-MAP

Julio Toledo, et. al,

          PLAINTIFF

v.

IBPO, Local 364 and, City of Springfield Police Department,

          DEFENDANTS

## PLAINTIFFS' MOTION TO CONTINUE STATUS CONFERENCE/FURTHER MOTION HEARING TRO

NOW COMES Plaintiffs, Julio Toledo, et. al, in the above-captioned matter and respectfully moves this Honorable Court to continue the Status Conference/Further Motion Hearing TRO now scheduled for January 4. 1005 for the following reason:

- Plaintiffs' counsel is scheduled for a criminal trial in Springfield District Court, Trial Department on January 4, 2005.

For the foregoing reason, Plaintiffs requests that said Status Conference/Further Motion Hearing TRO be continued until such time as may please the Court.

Dated: December 17, 2004

          Respectfully submitted.
          Julio Toledo, et. al,
          By their Attorney,

          _____
          Tammy Sharif
          Attorney for Plaintiffs
          Law Firm of Tammy Sharif
          The Walker Building
          1242 Main Street, Suite 314
          Springfield, MA 01103
          BBO# 659134
          Telephone: 413.439.0200 / Fax: 413.785.0801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Motion to Continue Status Conference/Further Motion Hearing TRO was this day served upon Defendants by mailing same, first class postage prepaid to Edward M. Pikula, Attorney for Defendant City of Springfield Police Department, City Hall, 36 Court Street, Springfield, MA 01103; and Kevin B. Coyle for Defendant IBPO, Local 364, of 935 Main Street Springfield, MA 01103.

SIGNED under the pains and penalties of perjury.

Dated:    December 17, 2004

_____
Tammy Sharif, Esq.