UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 04-30613-MAP

JULIO TOLEDO, ET AL
Plaintiffs

v.

IBPO LOCAL 364
Defendant

## MOTION OF THE DEFENDANT IBPO LOCAL 364 TO EXTEND THE TIME FOR FILING ITS MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT

Now comes the Defendant IBPO Local 364 and moves to extend the time for filing its motion to dismiss from January 24, 2005 to January 31, 2005. The reason for this motion is that a series of unanticipated demands on counsel prevented counsel from completing the preparation of that motion.

FOR THE DEFENDANT LOCAL 364 IBPO

Kevin B. Coyle
935 Main Street
Springfield, MA 01103
TEL (413) 787 1524
FAX (413) 787 1703
BBO 103540

I certify that a true copy of this document was served on counsel for all parties by first class mail.

January 31, 2005

Kevin B. Coyle