UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, )
GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN )
R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, )
JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, )
PEDRO R. MENDEZ, LEONARD MATOS, JR., and )
HERMINIO RIVAS, JR.,                )
                                    )
                     Plaintiffs,    )
                                    )
v.                                  )   C.A. No. 04-30163-MAP
                                    )
IBPO, LOCAL 364,                    )
                                    )
                     Defendant,     )
                                    )
v.                                  )
                                    )
SPRINGFIELD POLICE DEPARTMENT,      )
                                    )
                     Defendant.     )
_____)

## NOTICE OF APPEARANCE

The undersigned attorneys hereby enter their appearance as counsel for the plaintiffs in the above-captioned case.

          JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR.,

          By their attorneys,

          /s/ Mark D. Selwyn
          Mark D. Selwyn (BBO #565595)
          Jennifer L. Carpenter (BBO #647214)
          Christopher R. Noyes (BBO #654324)
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, Massachusetts 02109
          (617) 526-6000

                    Nadine Cohen (BBO #090040)
                    Lawyers' Committee For Civil Rights
                      Under Law of the Boston Bar Association
                    294 Washington Street, Suite 443
                    Boston, Massachusetts  02108
                    (617) 482-1145

Dated:  February 22, 2005

- 2 -