UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, )
GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN )
R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD,    )
JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, )
PEDRO R. MENDEZ, LEONARD MATOS, JR., and    )
HERMINIO RIVAS, JR.,                        )
                                            )
                        Plaintiffs,         )
                                            )
v.                                          )  C.A. No. 04-30163-MAP
                                            )
IBPO, LOCAL 364,                            )
                                            )
                        Defendant,          )
                                            )
v.                                          )
                                            )
SPRINGFIELD POLICE DEPARTMENT,              )
                                            )
                        Defendant.          )
_____)

**ASSENTED-TO MOTION FOR FOUR-WEEK EXTENSION TO
<u>RESPOND TO MOTION TO DISMISS</u>**

The plaintiffs move for an extension of four weeks (i.e., until March 22, 2005) to respond to the motion to dismiss filed by the defendants. In support thereof, the plaintiffs state:

1. The undersigned counsel are today entering their appearance on behalf of the plaintiffs. New counsel require additional time to study and research the factual and legal arguments presented by the defendants and to prepare their response thereto.

2. It is believed that the requested extension will cause no prejudice or harm to the defendants.

3. Counsel for the defendants has assented-to this motion.

- 2 -

JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR.,

By their attorneys,


/s/ Mark D. Selwyn
Mark D. Selwyn (BBO #565595)
Jennifer L. Carpenter (BBO #647214)
Christopher R. Noyes (BBO #654324)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Nadine Cohen (BBO #090040)
Lawyers' Committee For Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts   02108
(617) 482-1145

Tammy Sharif (BBO #659134)
Law Firm of Tammy Sharif
The Walker Building
1242 Main Street, Suite 314
Springfield, Massachusetts  01103
413-439-0200

Dated:  February 22, 2005

- 2 -

US1DOCS 4979206v1