UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA,   )
GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN )
R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD,      )
JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ,)
PEDRO R. MENDEZ, LEONARD MATOS, JR., and      )
HERMINIO RIVAS, JR.,                          )
                                              )
                          Plaintiffs,         )
                                              )
v.                                            )  C.A. No. 04-30163-MAP
                                              )
IBPO, LOCAL 364,                              )
                                              )
                          Defendant,          )
                                              )
v.                                            )
                                              )
SPRINGFIELD POLICE DEPARTMENT,                )
                                              )
                          Defendant.          )
_____)

**ASSENTED-TO MOTION FOR ONE-WEEK EXTENSION
TO RESPOND TO MOTION TO DISMISS**

The plaintiffs move for a further extension of one week (i.e., until March 29, 2005) to respond to the motion to dismiss filed by the defendants. In support thereof, the plaintiffs state:

1. On February 22, 2005, the undersigned counsel entered their appearance on behalf of the plaintiffs. New counsel is continuing to collect and analyze information necessary to respond to the legal and factual arguments presented by the defendants and requires a brief amount of additional time to prepare a response thereto.

2. It is believed that the requested extension will cause no prejudice or harm to the defendants.

3. Counsel for the defendants has assented to this motion.

        JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR.,

        By their attorneys,

        /s/ Christopher R. Noyes
        Mark D. Selwyn (BBO #565595)
        Jennifer L. Carpenter (BBO #647214)
        Christopher R. Noyes (BBO #654324)
        christopher.noyes@wilmerhale.com
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

        Nadine Cohen (BBO #090040)
        Lawyers' Committee For Civil Rights
          Under Law of the Boston Bar Association
        294 Washington Street, Suite 443
        Boston, Massachusetts  02108
        (617) 482-1145

        Tammy Sharif (BBO #659134)
        Law Firm of Tammy Sharif
        The Walker Building
        1242 Main Street, Suite 314
        Springfield, Massachusetts  01103
        413-439-0200

Dated:  March 21, 2005