UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> IBPO, LOCAL 364, <br><br> Defendant, <br><br> v. <br><br> SPRINGFIELD POLICE DEPARTMENT, <br><br> Defendant. | C.A. No. 04-30163-MAP |

**PLAINTIFFS' INTERIM REPORT TO THE COURT
IN RESPONSE TO DECEMBER 29, 2005 ORDER**

On January 12, 2006, counsel for the plaintiffs received an Order dated December 29, 2005 in which the Court invited a report regarding whether pending cross-motions for summary judgment in the case captioned *Kevin Sullivan, et al. v. City of Springfield*, C.A. No. 05-30004-MAP, "may affect the interests of the parties in the Toledo litigation."

Counsel for the plaintiffs have not received service copies of motions and other filings in the Sullivan litigation. After receiving the Court's December 29, 2005 Order on January 12, counsel for the plaintiffs retrieved copies of the pending cross-motions for summary judgment from PACER. Counsel for the plaintiffs are in the process of reviewing these motions to determine how they may bear on the Toledo litigation and the pending motions to dismiss.

- 1 -

Counsel for the plaintiffs intend to discuss these motions with their clients this week. Preliminarily, it appears that there is an overlap of issues to the extent that both cases arise from substantially the same set of facts (in particular the 2003 City of Springfield police department layoffs, the 2004 arbitrator ruling regarding seniority, and the subsequent rehiring) and under the Castro v. Beecher consent decree.

In addition, counsel for the plaintiffs is in the process of scheduling a meeting with counsel for the City of Springfield to discuss a possible resolution to the Toledo litigation. Counsel for the plaintiffs believes it may be prudent to convene a status conference of all parties in both the Toledo and Sullivan cases for sometime in mid to late February, after we have had sufficient opportunity to review the Sullivan litigation and explore settlement of the Toledo matter with the attorneys for the City of Springfield.

JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR.,

By their attorneys,

/s/ Christopher R. Noyes
Mark D. Selwyn (BBO #565595)
Jennifer L. Carpenter (BBO #647214)
Christopher R. Noyes (BBO #654324)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

                                Nadine Cohen (BBO #090040)
                                Lawyers' Committee For Civil Rights
                                    Under Law of the Boston Bar Association
                                294 Washington Street, Suite 443
                                Boston, Massachusetts   02108
                                (617) 482-1145

                                Tammy Sharif (BBO #659134)
                                Law Firm of Tammy Sharif
                                The Walker Building
                                1242 Main Street, Suite 314
                                Springfield, Massachusetts  01103
                                413-439-0200

Dated:  January 17, 2006

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on the following attorneys of record for each party by first class mail and/or fax:

Kevin B. Coyle, Esq.
Coyle, Dunbar, Geoffrion & Ward
935 Main Street
Springfield, MA  01103

Edward M. Pikula, Esq.
Law Department, City of Springfield
36 Court Street
Springfield, MA  01103


                                          /s/ Christopher R. Noyes
                                          Christopher R. Noyes

US1DOCS 5474219v1