UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO TELEDO

V.

IBPO LOCAL 364         CASE NO. CA 04-30163-MAP

NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been SET for A STATUS CONFERENCE on MARCH 9, 2006 at 3:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

1/20/06
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)         [kntchrgcnf.]
                                        [ntchrgcnf.]