## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


JULIO TOLEDO, ET AL,
          Plaintiff

V.                                          CIVIL ACTION NO.  04-30163-MAP

IBPO, LOCAL 364, ET AL ,
          Defendant

## SETTLEMENT ORDER OF DISMISSAL


PONSOR, D.J.


The Court having been advised on February 21,  2006   that the above-entitled

action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty

(60) days if settlement is not consummated.


                                        By the Court,

February 21, 2006,                      /s/ Mary Finn
Date                                    Deputy Clerk


(Dismissal Settlement.wpd - 12/98)                              [stlmtodism.]