UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> IBPO, LOCAL 364, <br><br> Defendant, <br><br> v. <br><br> SPRINGFIELD POLICE DEPARTMENT, <br><br> Defendant. | C.A. No. 04-30163-MAP |

## STATUS REPORT REGARDING SETTLEMENT

1.  On February 21, 2006, counsel for the plaintiffs advised the Court that this case had settled and the Clerk's Office issued a Sixty (60) Day Settlement Order of Dismissal.

2.  The plaintiffs and the City have finalized the terms of the settlement agreement. On April 20, 2006, the City executed the settlement agreement, and counsel for the plaintiffs is in the process of obtaining signatures from each of their clients (which should be complete in the next few days).

3.  Pursuant to the settlement agreement, the City has thirty (30) days from execution of the agreement to perform various obligations. Within ten (10) business days of completion of performance of those obligations, pursuant to paragraph 10 of the settlement agreement, the

US1DOCS 5619584v2

- 2 -

plaintiffs and the City will file a joint motion for an order of dismissal because, among other reasons, the parties have agreed to submit all disputes arising from or relating to their settlement agreement to this Court.

4. Pursuant to the settlement agreement, and assuming all obligations are performed in a timely manner, the plaintiffs and the City will file the joint motion for an order of dismissal no later than May 30, 2006.

5. The plaintiffs and the defendant IBPO, Local 364 (the "Union") were unable to finalize a settlement agreement. However, the plaintiffs will not seek to reopen its action against the Union pursuant to the Court's February 21, 2006 Settlement Order of Dismissal.

JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR.,

By their attorneys,

/s/ Christopher R. Noyes
Mark D. Selwyn (BBO #565595)
Jennifer L. Carpenter (BBO #647214)
Christopher R. Noyes (BBO #654324)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Nadine Cohen (BBO #090040)
Lawyers' Committee For Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts  02108
(617) 482-1145

Dated: April 21, 2006

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on the following attorneys of record for each party by first class mail and/or fax:

Kevin B. Coyle, Esq.
Coyle, Dunbar, Geoffrion & Ward
935 Main Street
Springfield, MA  01103

Edward M. Pikula, Esq.
Law Department, City of Springfield
36 Court Street
Springfield, MA  01103

                                                            /s/ Christopher R. Noyes
                                                            Christopher R. Noyes