UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>IBPO, LOCAL 364,<br><br>Defendant,<br><br>v.<br><br>SPRINGFIELD POLICE DEPARTMENT,<br><br>Defendant. | C.A. No. 04-30163-MAP |

## JOINT MOTION FOR AN ORDER OF
## DISMISSAL BASED ON SETTLEMENT

Plaintiffs Julio Toledo, Josh C. Haygood, Rafael Vega, Greg McCain, Martin Santa, David Franco, Juan R. Estrada, Kevin Bell, Howard Lockwood, Jason E. Larrier, Tommie O. Hart, Angel Perez, Pedro R. Mendez, Leonard Matos Jr., and Herminio Rivas, Jr., (the "Plaintiffs"), and defendant City of Springfield Police Department (the "City" or "Defendant"), jointly move this Court for an Order of Dismissal of the above-captioned litigation, with the Court retaining jurisdiction for purposes of all disputes arising from or relating to the Settlement Agreement. The proposed Order of Dismissal is attached. In support of this motion, Plaintiffs and Defendant jointly state:

1. The Plaintiffs and Defendant have entered into a Settlement Agreement for dismissal of this action, and have agreed to submit all disputes arising from or relating to that Settlement Agreement to this Court. All terms and obligations of the Settlement Agreement required to be performed prior to submission of this Motion to the Court have been performed, and the parties therefore now agree to dismissal of this action.

JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR.,

By their attorneys,

/s/ Christopher R. Noyes
Mark D. Selwyn (BBO #565595)
Jennifer L. Carpenter (BBO #647214)
Christopher R. Noyes (BBO #654324)
christopher.noyes@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Nadine Cohen (BBO #090040)
Lawyers' Committee For Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 482-1145

Tammy Sharif (BBO #659134)
Law Firm of Tammy Sharif
The Walker Building
1242 Main Street, Suite 314
Springfield, Massachusetts 01103
413-439-0200

Dated: ~~March~~ May 30, 2006

CITY OF SPRINGFIELD POLICE DEPARTMENT

By its attorneys:

_____
Edward M. Pikula, Esq.
Law Department, City of Springfield
36 Court Street
Springfield, MA  01103


Dated:  March ___, 2006