UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR., | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 04-30163-MAP ) |
| IBPO, LOCAL 364, | ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| SPRINGFIELD POLICE DEPARTMENT, | ) ) |
| Defendant. | ) ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2006 a true copy of the Joint Motion for an Order of Dismissal Based on Settlement and Proposed Order of Dismissal was served on the following attorneys of record for each party by first class mail:

Kevin B. Coyle, Esq.
Coyle, Dunbar, Geoffrion & Ward
935 Main Street
Springfield, MA  01103

Edward M. Pikula, Esq.
Peter M. Murphy, Esq.
Law Department, City of Springfield
36 Court Street
Springfield, MA  01103

    /s/ Christopher R. Noyes
    Christopher R. Noyes

US1DOCS 5681279v1