UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO TOLEDO, JOSH C. HAYGOOD, RAFAEL VEGA, GREG MCCAIN, MARTIN SANTA, DAVID FRANCO, JUAN R. ESTRADA, KEVIN BELL, HOWARD LOCKWOOD, JASON E. LARRIER, TOMMIE O. HART, ANGEL PEREZ, PEDRO R. MENDEZ, LEONARD MATOS, JR., and HERMINIO RIVAS, JR.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>IBPO, LOCAL 364,<br><br>　　　　　　　　Defendant,<br><br>v.<br><br>SPRINGFIELD POLICE DEPARTMENT,<br><br>　　　　　　　　Defendant. | C.A. No. 04-30163-MAP |

## ORDER OF DISMISSAL

Plaintiffs Julio Toledo, Josh C. Haygood, Rafael Vega, Greg McCain, Martin Santa, David Franco, Juan R. Estrada, Kevin Bell, Howard Lockwood, Jason E. Larrier, Tommie O. Hart, Angel Perez, Pedro R. Mendez, Leonard Matos Jr., and Herminio Rivas, Jr., (the "Plaintiffs"), and defendant City of Springfield Police Department (the "Defendant"), pursuant to a Settlement Agreement, have agreed to settle this action, and as part of that Settlement Agreement, have agreed to dismiss this action.

IT IS THEREFORE ORDERED that this action is now dismissed, but with this Court retaining jurisdiction as to all disputes arising from or relating to the parties' Settlement Agreement.

Date  6·1·06

*Michael A. Ponsor*
Michael A. Ponsor
UNITED STATES DISTRICT COURT JUDGE